UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TASHBROOK,<br><br>                Petitioner,<br><br>        v.<br><br>WARDEN JAMES PETRUCCI,<br><br>                Respondent. | No. 20-CV-5318 (KMK)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

KENNETH M. KARAS, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within two weeks of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within two weeks from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   July 23, 2020
            White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge