UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT TASHBOOK,

               Petitioner,

v.

WARDEN JAMES PETRUCCI,

               Respondent.

No. 20-CV-5318 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

As directed by the Second Circuit in its recent decision, (*see* Dkt. No. 57), the Court dismisses the petition as moot. *See Hassoun v. Searles*, 79 F.3d 3, 6 (2d Cir. 2020).

The Clerk of the Court is respectfully requested to mail a copy of this Order, as well as Dkt. No. 57, to the following address:

    Robert Tashbook
    Reg. No. 00362-111
    FCI Fairton
    Federal Correctional Institution
    P.O. Box 420
    Fairton, NJ 08320

SO ORDERED.

DATED:    April 28, 2023
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE